In the Matter of the Arbitration between STERN, MORGENTHAU & Co., INC., Appellant, and J. A. KIRSCH Co., Respondent.

Argued April 12, 1955; decided April 28, 1955.

*Leonard Feldman* for appellant.

*J. Bertram Wegman* and *Myron L. Shapiro* for respondent.

Appeal dismissed, with costs, upon the ground that no substantial constitutional question is presented.